17072.   MUSSELWHITE *v.* AMERICAN AGRICULTURAL CHEMICAL Co.

BLOODWORTH, J. Under the pleadings and the evidence, the judge committed no error harmful to the defendant in directing the verdict.

*Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 14, 1926.

Complaint; from Wilcox superior court—Judge Crum. November 24, 1925.

*Max E. Land,* for plaintiff in error.   *Hal Lawson,* contra.

---

Appeal and Error, 4 C. J. p. 1022, n. 21.